AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Ellis III, Thomas S. | **2. Court or Organization**<br><br>U.S. District Court, E.D. Va. | **3. Date of Report**<br><br>05/12/2013 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Senior U.S. District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐  Amended Report | **6. Reporting Period**<br><br>01/01/2012<br>to<br>12/31/2012 |
| **7. Chambers or Office Address**<br><br>401 Courthouse Square<br>9th Floor<br>Alexandria, VA 22314-5799 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 05/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | County of Albemarle - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 05/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 05/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sensor | | None | J | T | | | | | |
| 2. Wachovia Bank Accts | A | Interest | K | T | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. Cambiar Opp Fd | A | Dividend | J | T | Sold (part) | 08/28/12 | J | A | |
| 5. Goldman Sachs Tr Finl Sq Mmkt I | | None | J | T | Buy (add'l) | 08/28/12 | J | | |
| 6. | | | | | Sold (part) | 10/12/12 | J | A | |
| 7. | | | | | Sold (part) | 07/13/12 | J | A | |
| 8. | | | | | Sold (part) | 04/13/12 | J | A | |
| 9. | | | | | Sold (part) | 01/12/12 | J | A | |
| 10. Hotchkiss & Wiley Mid Cap Value I | A | Dividend | J | T | Sold (part) | 08/28/12 | J | A | |
| 11. Legg Mason Value Trust | | None | J | T | Sold (part) | 01/23/12 | J | A | |
| 12. DWS Dreman Sm Cap Value CLS | A | Dividend | J | T | Sold (part) | 10/01/12 | J | A | |
| 13. | | | | | Sold (part) | 08/28/12 | J | A | |
| 14. Artio Int'l Equity Fd CL 1 | | None | J | T | Sold (part) | 08/28/12 | J | A | |
| 15. | | | | | Sold (part) | 08/31/12 | J | A | |
| 16. Security EQ Fd Mid Cap Value Ser CLA | | None | J | T | Sold (part) | 10/02/12 | J | A | |
| 17. | | | | | Sold (part) | 12/10/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 05/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T Rowe Price Mid Cap Growth Fd | | None | | | Sold | 08/28/12 | J | A | |
| 19. Touchstone Large Cap Growth Fd CL I | A | Dividend | J | T | Sold (part) | 10/01/12 | J | A | |
| 20. Wells Fargo Fds Tr Small Cap Growth Fd Admin CL | | None | | | Sold | 08/28/12 | J | A | |
| 21. Wells Fargo Fds Tr Emerging Growth Fd Instit CL | A | Dividend | J | T | Buy | 08/28/12 | J | | |
| 22. | | | | | Sold (part) | 10/01/12 | J | A | |
| 23. | | | | | Sold (part) | 12/11/12 | J | A | |
| 24. Delaware Grp Advisor Fds Inc US Growth Port Instl CL | A | Dividend | J | T | Sold (part) | 08/28/12 | J | A | |
| 25. | | | | | Sold (part) | 10/01/12 | J | A | |
| 26. Delaware Grp Equit Fds II Value fd Inst CL | A | Dividend | J | T | Buy | 01/24/12 | J | | |
| 27. | | | | | Buy (add'l) | 08/28/12 | J | | |
| 28. | | | | | Sold (part) | 10/01/12 | J | A | |
| 29. John Hancock Classic Value Fd CL I | A | Dividend | J | T | Sold (part) | 08/28/12 | J | A | |
| 30. | | | | | Sold (part) | 10/01/12 | J | A | |
| 31. Harbor Int'l Instl CL | A | Dividend | J | T | Sold (part) | 10/01/12 | J | A | |
| 32. Oppenheimer Dev Mkts CL Y | A | Dividend | J | T | Buy (add'l) | 08/28/12 | J | | |
| 33. | | | | | Sold (part) | 10/01/12 | J | A | |
| 34. Morgan Stanley Instl Fd Tr Mid Cap Growth Port I | A | Dividend | J | T | Buy (add'l) | 08/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 05/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | Sold (part) | 10/01/12 | J | A | |
| 36. | Pimco Fds PAC Int Mgmt Ser Comm Real Ret Strdt Fd Instl CL | A | Dividend | J | T | Buy (add'l) | 08/28/12 | J | | |
| 37. | | | | | | Sold (part) | 10/01/12 | J | A | |
| 38. | AIM Global Rea Est Fd Cl Y | A | Dividend | J | T | Sold (part) | 08/28/12 | J | A | |
| 39. | Blair William FDS Intl Growth Fd CL I | A | Dividend | J | T | Sold (part) | 10/01/12 | J | A | |
| 40. | Dreyfus Appreciation FD Inc | A | Dividend | J | T | Sold (part) | 08/28/12 | J | A | |
| 41. | | | | | | Sold (part) | 10/01/12 | J | A | |
| 42. | RS Invt TR Emerging Mkts FD CL Y | A | Dividend | J | T | Buy (add'l) | 08/28/12 | J | | |
| 43. | | | | | | Sold (part) | 10/01/12 | J | A | |
| 44. | Sentinel Mut. Fds Small Co CL I | | None | J | T | Sold (part) | 08/28/12 | J | A | |
| 45. | | | | | | Sold (part) | 08/30/12 | J | A | |
| 46. | Managers AMG Fds Timessquare Mid Cap Grwth Fd | | None | J | T | Sold (part) | 08/28/12 | J | A | |
| 47. | | | | | | Sold (part) | 10/01/12 | J | A | |
| 48. | Keeley Fds Sm Cap Value Fd | | None | J | T | Sold (part) | 08/28/12 | J | A | |
| 49. | | | | | | Sold (part) | 10/01/12 | J | A | |
| 50. | First Eagle Fds Sogen Overseas Fd CL I | A | Dividend | J | T | Buy | 08/28/12 | J | | |
| 51. | | | | | | Buy (add'l) | 08/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 05/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10/01/12 | J | A | |
| 53. Eagle Sm Cap Grwth Fd CL I | A | Dividend | J | T | Buy | 08/28/12 | J | | |
| 54. | | | | | Sold (part) | 10/01/12 | J | A | |
| 55. Invesco Global Real Estate Y | A | Dividend | J | T | Buy | 08/28/12 | J | | |
| 56. | | | | | Sold (part) | 10/01/12 | J | A | |
| 57. IRA #2 | | | | | | | | | |
| 58. GS Finl Sq Mmkt Inst'l | | None | J | T | Sold (part) | 01/12/12 | J | A | |
| 59. | | | | | Sold (part) | 04/13/12 | J | A | |
| 60. | | | | | Sold (part) | 07/13/12 | J | A | |
| 61. | | | | | Sold (part) | 08/27/12 | J | A | |
| 62. | | | | | Sold (part) | 10/12/12 | J | A | |
| 63. | | | | | Buy (add'l) | 08/27/12 | J | | |
| 64. Touchstone Large Cap Grwth Fd CL I | A | Dividend | J | T | Buy (add'l) | 08/27/12 | J | | |
| 65. Managers Times Sq M/C GRW-PR | A | Dividend | J | T | Sold (part) | 08/27/12 | J | A | |
| 66. John Hancock Classic Value Fd CL I | A | Dividend | J | T | Sold (part) | 08/27/12 | J | A | |
| 67. Harbor Int'l Inst'l CL | A | Dividend | J | T | Sold (part) | 08/27/12 | J | A | |
| 68. Hotchkiss & Wiley Fds Mid Cap Value Fd CL I | A | Dividend | J | T | Sold (part) | 08/27/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 05/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Legg Mason Value Tr Inc Nav Value Trust | | None | J | T | Sold (part) | 01/23/12 | J | A | |
| 70. Security Equity Fd Mid Cap Value Ser CLA | A | Dividend | J | T | Sold (part) | 08/28/12 | J | A | |
| 71. Wells Fargo FDS TR Small Cap Growth Fd Adm | | None | J | T | | | | | |
| 72. AIM Global Real Estate FD CL Y | A | Dividend | J | T | Sold (part) | 08/27/12 | J | A | |
| 73. Blair Williams Fds Intl Growth Fd CL I | A | Dividend | J | T | Sold (part) | 08/27/12 | J | A | |
| 74. RS Invst Tr Park Ave Portfolio RS Emerging Mkts Fd CLA | A | Dividend | J | T | Buy (add'l) | 08/27/12 | J | | |
| 75. Artio Global Invt Fds Int'l Equity Fd II CL I | | None | J | T | Sold (part) | 08/27/12 | J | A | |
| 76. | | | | | Sold (part) | 08/29/12 | J | A | |
| 77. PIMCO Fds PAC Invt Mgmt Ser-Comm | A | Dividend | J | T | Buy | 01/24/12 | J | | |
| 78. | | | | | Buy (add'l) | 08/27/12 | J | | |
| 79. Brandywine Blue Fd Inc | | None | J | T | | | | | |
| 80. Dreyfus Appreciation Fd Inc | A | Dividend | J | T | Sold (part) | 08/27/12 | J | A | |
| 81. DWS Value Ser Inc Small Cap Value Fd CL S | A | Dividend | J | T | Sold (part) | 08/27/12 | J | A | |
| 82. Morgan Stanley Instl Fd Trust Mid Cap Grwth Port CL I | A | Dividend | J | T | Buy (add'l) | 08/27/12 | J | | |
| 83. Oppenheimer Dev Mkts CL Y | A | Dividend | J | T | Buy (add'l) | 08/27/12 | J | | |
| 84. Sentinel Mut Fds Small Co CL I | A | Dividend | J | T | Sold (part) | 08/27/12 | J | A | |
| 85. | | | | | Sold (part) | 08/29/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 05/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Wells Fargo Fds TR Emerging Grwth Fd | A | Dividend | J | T | Sold (part) | 08/27/12 | J | A | |
| 87. | Keeley Fds Sm Cap Value Fd | | None | J | T | Sold (part) | 08/27/12 | J | A | |
| 88. | Mainstay Large Cap Grwth Fd | A | Dividend | J | T | Sold (part) | 08/27/12 | J | A | |
| 89. | Cambiar Opp Fd | A | Dividend | J | T | | | | | |
| 90. | Eagle Sm Cap Grwth Fd CL I | A | Dividend | J | T | Buy | 08/27/12 | J | | |
| 91. | Delaware Grp Equi Fds II-Value Fd Instl Cl | A | Dividend | J | T | Buy | 01/24/12 | J | | |
| 92. | | | | | | Buy (add'l) | 08/27/12 | J | | |
| 93. | | | | | | Buy (add'l) | 08/30/12 | J | | |
| 94. | First Eagle Fds Sogen Overseas Fd CL I | A | Dividend | J | T | Buy | 08/27/12 | J | | |
| 95. | Invesco Global Real Estate Y | A | Dividend | J | T | Buy | 01/24/12 | J | | |
| 96. | | | | | | | | | | |
| 97. | | | | | | | | | | |
| 98. | | | | | | | | | | |
| 99. | | | | | | | | | | |
| 100. | | | | | | | | | | |
| 101. | | | | | | | | | | |
| 102. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 05/12/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellis III, Thomas S. | 05/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thomas S. Ellis III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544